

U.S. Department of Justice

*Joshua S. Levy*
*Acting United States Attorney*
*District of Massachusetts*

---

*Main Reception: (413) 785-0235*   *United States Courthouse*
*300 State Street, Suite 230*
*Springfield, Massachusetts 01105*

May 31, 2024

BY ECF (without enclosures)
BY USAFx (with enclosures)

Jared Olanoff, Esq.
73 Chestnut Street
Springfield, MA 01103

Matthew G. Borgula, Esq.
SBBL Law
60 Monroe Center Street NW
Suite 500
Grand Rapids, MI 49503

      Re:    *United States v. Jonathan McCormack*
              Criminal No. 24-CR-30032-MGM

Dear Counsel:

      Pursuant to Fed. R. Crim. P. 16 and Rules 116.1(c) and 116.2 of the Local Rules of the United States District Court for the District of Massachusetts, the Government provides the following preliminary discovery in the above-referenced case pursuant to the Court's Discovery Protective Order dated May 21, 2024 (D.17).

      The files described with this letter can be opened and read with standard software.[1] To the extent that any future productions include documents that cannot be read with standard software, the Government will specify what additional software program(s) are required.

      As discussed during the defendant's Initial Appearance and Arraignment on May 29, 2024 (*see* D.20): (1) the discovery in this case is voluminous; (2) the Government is digitally processing the discovery to produce a searchable, bates-labeled, and indexed database; (3) the Government is providing this preliminary and partial discovery in an attempt to provide you with certain core discovery as soon as possible; and (4) the Government will be supplementing this discovery with

---

[1] Standard software is defined as the programs comprising the Microsoft Office Suite, Adobe Acrobat Reader, Windows Media Player or VLC.

its automatic disclosures.

A.  Rule 16 Materials

1.  Statements of Defendant under Rule 16(a)(1)(A) & (a)(1)(B)

   a.  Written Statements

The Government's eventual discovery will contain numerous documents written by the defendant and/or his company, JDM Site Services, LLC ("JDM"), including emails, invoices, and other records, including records received by the Government from BluRoc, LLC ("BluRoc"), third-party recipients of Grand Jury subpoenas, and search warrant responses.

Various relevant written statements made by the defendant in the possession, custody or control of the Government, the existence of which is known to the attorney for the Government, are currently enclosed in the following files:

   1.  Various emails with JDM Invoices.

   2.  JDM Invoices, labeled McCormack – Invoices 000001 to 000616.

   3.  A .pst file for jdmtrees@gmail.com.

   4.  BluRoc employment file for the defendant.

   b.  Recorded Statements

On July 27, 2022, Special Agent Greg Howe of the Internal Revenue Service – Criminal Investigations ("IRS-CI") conducted a consensual audio recording of a brief interview with the defendant. The audio recording is enclosed.

   c.  Grand Jury Testimony of the Defendant

The defendant did not testify before a Grand Jury in relation to this case.

The following Grand Jury material is enclosed:

   1.  Grand Jury Exhibits 1-45 (along with a list of these exhibits).

   2.  Grand Jury Testimony for:

      a. Federal Bureau of Investigation ("FBI") Special Agent Pasquale Morra on February 2, 2023.

      b. IRS-CI Special Agent Greg Howe on February 2, 2023 and May 9,

   2023.[2]

   c. BJ on March 9, 2023.

   d. GC on March 9, 2023.

   e. LC on April 20, 2023.

   f. RC on April 20, 2023.

  The Government will be providing responses to Grand Jury Subpoena Nos. 1-59[3] when processed.

  d. <u>Oral Statements to Then Known Government Agents</u>

  The following document is enclosed: United States Marshals Service Form 129, dated May 17, 2024.

2. <u>Defendant's Prior Record under Rule 16(a)(1)(D)</u>

  Enclosed is a copy of the defendant's prior criminal history records, dated May 30, 2024.

3. <u>Documents and Tangible Objects under Rule 16(a)(1)(E)</u>

  All books, papers, documents and tangible items which are within the possession, custody or control of the Government, and which are material to the preparation of the defendant's defense or are intended for use by the Government as evidence in chief at the trial of this case, or were obtained from or belong to the defendant, may be inspected by contacting the undersigned Assistant U.S. Attorney and making an appointment to view the same at a mutually convenient time.

  In addition to the items specified above, enclosed are a series of BluRoc spreadsheets outlining BluRoc's loss estimate, which is summarized in the spreadsheet entitled "Loss Summary Master 6-28-2021 – Final.xls."

4. <u>Reports of Examinations and Tests under Rule 16(a)(1)(F)</u>

  There presently are no reports of physical or mental examinations or scientific tests or experiments made in connection with this case.

---

[2] SA Howe also provided brief testimony on May 16, 2023, but the Government has not yet received the transcript.

[3] Most, but not all, of these subpoenas produced responses.

B.   Search Materials under Local Rule 116.1(c)(1)(B)

On or about the following dates, the following search warrants were executed. A copy of the search warrants, applications, affidavit, and returns for each of these search warrants are enclosed:

1. July 27, 2022: Docket No. 22-mc-314, 317, and 318-320 (SJB) (W.D.Mich.)[4]

   a. 314: Person of Jonathan McCormack.

   b. 317: Hunting Lodge at 0 West Gaukel Road, Lake City, MI

   c. 318: Britton's Land at West Walker Road, Lake City, MI.

   d. 319: Dugas's Land at Lake City, MI.

   e. 320: State Land at Lake City, MI.

2. July 27, 2022: 22-mc-51196-1 (SDK) (E.D.Mich.)

   a. Person of Jonathan McCormack.

   b. 1990 Smith Road, Lapeer, MI.

3. September 7, 2022: 22-mj-3173 and 3174-KAR (D. Mass.)

   a. 3173: Lenovo ThinkPad laptop with serial number R9-0V2PNV.

   b. 3174: iPad Model A9154 with serial number GG7XVKY4JF88

C.   Electronic Surveillance under Local Rule 116.1(c)(1)(C)

No oral, wire, or electronic communications of the defendant as defined in 18 U.S.C. § 2510 were intercepted relating to the charges in the indictment.

D.   Consensual Interceptions under Local Rule 116.1(c)(1)(D)

There were no interceptions (as the term "intercept" is defined in 18 U.S.C. § 2510(4)) of wire, oral, or electronic communications relating to the charges contained in the indictment, made with the consent of one of the parties to the communication in which the defendant was intercepted or which the Government intends to offer as evidence in its case-in-chief.

E.   Unindicted Coconspirators under Local Rule 116.1(c)(1)(E)

There is no conspiracy count charged in the indictment.

---

[4] In addition, the enclosed file FBI Lake City Search Photos_01.zip contains numerous photographs depicting the execution of this search warrant.

F. <u>Identifications under Local Rule 116.1(c)(1)(F)</u>

The defendant was not the subject of an investigative identification procedure used with a witness the Government anticipates calling in its case-in-chief involving a line-up, show-up, photo spread or other display of an image of the defendant.

G. <u>Exculpatory Evidence Under Local Rule 116.2(b)(1)</u>

With respect to the Government's obligation under Local Rule 116.2(b)(1) to produce "exculpatory evidence" as that term is defined in Local Rule 116.2(a), the Government states as follows:

1. The Government is unaware of any information that would tend directly to negate the defendant's guilt concerning any count in the Indictment.

2. The Government is unaware of any information that would cast doubt on the admissibility of evidence that the Government anticipates offering in its case-in-chief and that could be subject to a motion to suppress or exclude.

3. No promises, rewards, or inducements have been given to any witness whom the Government anticipates calling in its case-in-chief, except as follows:

  a. JB received the enclosed proffer letter dated February 6, 2023 and was interviewed pursuant to this letter on February 16, 2023.

  b. DS and DT each received the enclosed proffer letters dated May 13, 2024 but have not yet been interviewed.

4. The Government is unaware that any of its named case-in-chief witnesses has any criminal record, except as follows:

  a. GC (criminal history report and case records enclosed)

  b. LC (criminal history report enclosed)

  c. TH (criminal history report enclosed)

  d. BB (criminal history report enclosed)

  e. CS (criminal history report enclosed)

  f. RC (criminal history report enclosed)

5. The Government is unaware that any of its named case-in-chief witnesses has any criminal cases pending.

6. No named percipient witnesses failed to make a positive identification of a

defendant with respect to the crimes at issue.

Information that you may consider to be discoverable under Local Rule 116.2(b)(1)(A) or (B) is set forth in the following enclosed documents:

1. The Grand Jury testimony of Special Agent Howe on May 9, 2016.

2. BluRoc spreadsheet entitled "Loss Summary Master 6-28-2021 – Final.xls."

3. S1_1A1_1.Documents provided by BluRoc.pdf

H.   Other Matters

The Government is aware of its continuing duty to disclose newly-discovered additional evidence or material that is subject to discovery or inspection under Local Rules 116.1 and 116.2(b)(1) and Rule 16 of the Federal Rules of Criminal Procedure.

The Government requests reciprocal discovery pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure and Local Rule 116.1(d).

Lastly, please find enclosed a file entitled "SAR.Howe, Greg.McCormack, Jonathan.Tax Offenses.redacted for discovery.05-31-24.pdf," which summarizes the related criminal investigation of the defendant for violating 26 U.S.C. § 7206(1) (Filing False Tax Returns) and contains numerous supporting witness interviews and financial records. If you would like to discuss a pre-indictment plea to these charges in the District of Massachusetts, please let me know.

Please contact me if you have any questions.

           Very truly yours,

           JOSHUA S. LEVY
           Acting United States Attorney

By:   *Steven H. Breslow*
      STEVEN H. BRESLOW
      Assistant U.S. Attorney
      (413) 785-0330
      steve.breslow@usdoj.gov

Encl. (by USAFx)