

U.S. Department of Justice

*Joshua S. Levy*
*Acting United States Attorney*
*District of Massachusetts*

---

*Main Reception: (413) 785-0235*                             *United States Courthouse*
*300 State Street, Suite 230*
*Springfield, Massachusetts 01105*

June 3, 2024

BY ECF (without enclosures)
BY USAFx (with enclosures)

Jared Olanoff, Esq.
73 Chestnut Street
Springfield, MA 01103

Matthew G. Borgula, Esq.
SBBL Law
60 Monroe Center Street NW
Suite 500
Grand Rapids, MI 49503

      Re:    *United States v. Jonathan McCormack*
               Criminal No. 24-CR-30032-MGM

Dear Counsel:

      Pursuant to Fed. R. Crim. P. 16 and Rules 116.1(c) and 116.2 of the Local Rules of the United States District Court for the District of Massachusetts, the Government provides the following supplemental discovery in the above-referenced case pursuant to the Court's Discovery Protective Order dated May 21, 2024 (D.17).

      1.    Grand Jury Testimony of IRS-CI SA Greg Howe dated May 16, 2024.

      The Government requests reciprocal discovery pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure and Local Rule 116.1(d).

      Please contact me if you have any questions.

                                                      Very truly yours,

                                                      JOSHUA S. LEVY
                                                      Acting United States Attorney

By: *Steven H. Breslow*
STEVEN H. BRESLOW
Assistant U.S. Attorney
(413) 785-0330
steve.breslow@usdoj.gov

Encl. (by USAFx)

2