

**U.S. Department of Justice**

*Joshua S. Levy*
*Acting United States Attorney*
*District of Massachusetts*

---

*Main Reception: (413) 785-0235*  *United States Courthouse*
*300 State Street, Suite 230*
*Springfield, Massachusetts 01105*

June 5, 2024

BY ECF (without enclosures)
BY USAFx (with enclosures)

Jared Olanoff, Esq.
73 Chestnut Street
Springfield, MA 01103

Matthew G. Borgula, Esq.
SBBL Law
60 Monroe Center Street NW
Suite 500
Grand Rapids, MI 49503

    Re:   *United States v. Jonathan McCormack*
           Criminal No. 24-CR-30032-MGM

Dear Counsel:

    Pursuant to Fed. R. Crim. P. 16 and Rules 116.1(c) and 116.2 of the Local Rules of the United States District Court for the District of Massachusetts, the Government provides the following supplemental discovery in the above-referenced case pursuant to the Court's Discovery Protective Order dated May 21, 2024 (D.17).

1. Email from SA Howe to AUSA Breslow concerning IRS computer reports, dated June 5, 2024.

2. IRS Digital Forensic Transmittal Memo dated June 5, 2024.

3. Electronic Crimes Digital Evidence Forms dated July 27, 2022.

4. Memorandum of Activity ("MOA") concerning return of five computers and thumb drive dated August 26, 2022.

5. MOA concerning receipt of case with hard drives, dated September 1, 2022.

6. MOA concerning document export from forensic images, dated January 12,

2023.

The Government expects to receive from the IRS a drive containing all of the forensic images of the items specified in the Electronic Crimes Digital Evidence Forms dated July 27, 2022, and will provide you with a copy of those images after you provide us with a drive large enough to store this material.

The Government requests reciprocal discovery pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure and Local Rule 116.1(d).

Please contact me if you have any questions.

                                                                              Very truly yours,

                                                                              JOSHUA S. LEVY
                                                                              Acting United States Attorney

By:    *Steven H. Breslow*
        STEVEN H. BRESLOW
        Assistant U.S. Attorney
        (413) 785-0330
        steve.breslow@usdoj.gov

Encl. (by USAFx)