

U.S. Department of Justice

*Joshua S. Levy*
*Acting United States Attorney*
*District of Massachusetts*

---

*Main Reception: (413) 785-0235*                                  *United States Courthouse*
*300 State Street, Suite 230*
*Springfield, Massachusetts 01105*

June 10, 2024

BY ECF (without enclosures)
BY USAFx (with enclosures)

Jared Olanoff, Esq.
73 Chestnut Street
Springfield, MA 01103

Matthew G. Borgula, Esq.
SBBL Law
60 Monroe Center Street NW
Suite 500
Grand Rapids, MI 49503

  Re: *United States v. Jonathan McCormack*
     Criminal No. 24-CR-30032-MGM

Dear Counsel:

  Pursuant to Fed. R. Crim. P. 16 and Rules 116.1(c) and 116.2 of the Local Rules of the United States District Court for the District of Massachusetts, the Government provides the following supplemental discovery in the above-referenced case pursuant to the Court's Discovery Protective Order dated May 21, 2024 (D.17).

    1. The Government has completed the digital processing of the discovery outline in its initial discovery letter dated May 31, 2024 (D.21), as well as investigative reports by the FBI and IRS-CI and Grand Jury subpoena responses not previously produced to you by USAFx.  Please provide a 32 GB drive so that the Government can load this discovery for you.

    2. Please find enclosed by USAFx a *curriculum vitae* of IRS-CI Special Agent/Computer Investigative Specialist Vadim Verenich, dated June 10, 2024.

    3. As set forth in the Government's discovery letter dated June 5, 2024 (D.27), the Government expects to receive from the IRS a drive containing all of

the forensic images of the items specified in the Electronic Crimes Digital Evidence Forms dated July 27, 2022, and will provide you with a copy of those images after you provide us with a drive large enough to store this material.

The Government requests reciprocal discovery pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure and Local Rule 116.1(d).

Please contact me if you have any questions.

>Very truly yours,
>
>JOSHUA S. LEVY
>Acting United States Attorney

By:   *Steven H. Breslow*
      STEVEN H. BRESLOW
      Assistant U.S. Attorney
      (413) 785-0330
      steve.breslow@usdoj.gov

Encl. (by USAFx)