

U.S. Department of Justice

*Joshua S. Levy*
*Acting United States Attorney*
*District of Massachusetts*

---

*Main Reception: (413) 785-0235*

*United States Courthouse*
*300 State Street, Suite 230*
*Springfield, Massachusetts 01105*

July 9, 2024

BY ECF (without enclosures)
BY Federal Express (with enclosures)

Jared Olanoff, Esq.
73 Chestnut Street
Springfield, MA 01103

Matthew G. Borgula, Esq.
SBBL Law
60 Monroe Center Street NW
Suite 500
Grand Rapids, MI 49503

      Re:    *United States v. Jonathan McCormack*
              Criminal No. 24-CR-30032-MGM

Dear Counsel:

      Pursuant to Fed. R. Crim. P. 16 and Rules 116.1(c) and 116.2 of the Local Rules of the United States District Court for the District of Massachusetts, the Government provides the following discovery pursuant to the Court's Discovery Protective Order dated May 21, 2024 (D.17) and in furtherance of the Government's prior discovery letters (D.21, 25, 26, 27, 28, and 29).

      By Federal Express today, the Government provided you an encrypted thumb drive containing bates-labeled and indexed versions of the files previously provided in the Government's prior discovery letters, as well as additional material not yet provided. By email today, the Government provided you a spreadsheet index of those files titled Production Log 7-9-24.xls as well as the password to the encrypted drive. The files are labeled McCORMACK_0000001 to McCORMACK_0013790.

      Please note that the Government's investigation of the defendant and at least one other individual is ongoing, and the Government expects to provide additional materials in the future.

The files described with this letter can be opened and read with standard software.[1] To the extent that any future productions include documents that cannot be read with standard software, the Government will specify what additional software program(s) are required.

The files include the following items that were not previously produced, either in part or in whole:

1. Grand Jury responses to Subpoena Nos. 1-59.  McCORMACK_0000980 to McCORMACK_0006343.[2]

2. Grand Jury testimony for IRS-CI Special Agent Greg Howe on May 16, 2024. McCORMACK_0006678 to McCORMACK_0006684.

3. FBI Serial Nos. FF1-FF17, GJ1-GJ10, and S1-90 and their respective attachments. McCORMACK_0006924 to McCORMACK_0009292.

4. IRS Memoranda of Investigation and related reports.  McCORMACK_0009293 to McCORMACK_0009850.

In addition, on the following dates, the following witnesses were interviewed pursuant to proffer agreements, primarily concerning their transportation of BluRoc timber mats from facility in South Bend, IN to the defendant's Hunting Lodge.  Prior to each interview, I informed each witness that: (1) the witness was a subject of an ongoing Grand Jury investigation concerning this matter; (2) the Government had no evidence that the witness knowingly engaged in any criminal conduct related to their transportation of the mats.  The Government will provide you with Bates-labeled copies of their executed proffer agreements and the investigative reports of their interviews when they are processed.

| Witness | Date |
| --- | --- |
| DS | June 4, 2024 |
| DT | June 4, 2024 |
| SS | June 20, 2024 |

The Government is aware of its continuing duty to disclose newly-discovered additional evidence or material that is subject to discovery or inspection under Local Rules 116.1 and 116.2(b)(1) and Rule 16 of the Federal Rules of Criminal Procedure.

The Government has not yet received any reciprocal discovery pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure and Local Rule 116.1(d), and requests that you provide

---

[1] Standard software is defined as the programs comprising the Microsoft Office Suite, Adobe Acrobat Reader, Windows Media Player or VLC.

[2] Most, but not all, of these subpoenas produced responses.  The Government has provided you with a list of subpoenas.  McCORMACK_0000979.  If the response is not included in the instant discovery, the subpoena did not produce a response to date.

it as soon as possible.

Please contact me if you have any questions.

                                  Very truly yours,

                                  JOSHUA S. LEVY
                                  Acting United States Attorney

By:    *Steven H. Breslow*
        STEVEN H. BRESLOW
        Assistant U.S. Attorney
        (413) 785-0330
        steve.breslow@usdoj.gov

*Digitally signed by Steven H. Breslow*
*Date: 2024.07.09 15:12:12 -04'00'*